**FILED**

JUN 3 0 2008

**Clerk,** U.S. District and
**Bankruptcy Courts**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOUKO M. HILSKA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **08 1123** |
| v. | ) | Civil Action No. |
| | ) | |
| WILLIAM K. SUTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that petitioner's application to proceed *in forma pauperis* is GRANTED, and

it is

FURTHER ORDERED that the petition is DISMISSED WITH PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_Ricardo M. Urbina_
_____
United States District Judge

DATE: 6/19/08