FILED

AUG - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUOKO M. HILSKA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-1123 (UNA) |
| | ) |
| WILLIAM K. SUTER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

It is hereby

ORDERED that the motion for leave to proceed on appeal *in forma pauperis* [Dkt. #5] is **GRANTED**.

SO ORDERED.

_____
United States District Judge

Date:

8/5/08